## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRIGGS ELECTRIC, INC., | ) | 3:11-cv-00610-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **<u>MINUTES OF THE COURT</u>** |
| | ) | |
| vs. | ) | October 23, 2012 |
| | ) | |
| ORMAT NEVADA, INC., etc. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>  REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is the parties' "Joint Motion Requesting Case Management and Request that the Court Order a Case Management Conference."  (Doc. # 33.)  Therein, the parties request a Rule 16-1(d) case management conference to address whether the deadlines in the current Scheduling Order (Doc. # 26) should be revised.

Good cause appearing, the parties' joint motion (Doc. # 33) is **<u>GRANTED</u>**.  The court will conduct a case management conference on November 13, 2012, at 9:30 a.m., the date and time previously scheduled for a status conference herein.  In the meantime, the deadlines contained in the existing scheduling order (Doc. # 27) are vacated.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK


By: _____/s/_____
                Deputy Clerk